Holly C. Hayman, OSB #114146
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044

    Attorney for Chapter 7 Trustee Jeanne E. Huffman

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Nour Eddine Mouktabis,<br><br>    Debtor, | Case No. 25-31941-dwh7<br><br>TRUSTEE'S EX PARTE MOTION FOR FRBP 2004 EXAMINATION<br><br>(Thread Bank) |

**MOTION**

    Jeanne E. Huffman, in her capacity as trustee ("**Trustee**") for the Estate of Nour Eddine Mouktabis (the "**Debtor**") by and through her counsel, hereby moves the Court for an ex parte order directing Thread Bank to produce the documents described in Exhibit A on or before October 17, 2025, or by another date as reasonably agreed to in writing by the Trustee.

    In support of this motion, the Trustee represent as follows

    1.    On June 8, 2025, (the "**Petition Date**") Debtor filed their voluntary bankruptcy petition under chapter 7 of Title 11 of the United States Code. Subsequently, Jeanne E. Huffman was duly appointed as the chapter 7 trustee to administer the bankruptcy estate (the "**Estate**") of Debtor for the benefit of the Debtor's creditors.

    2.    Based on Debtor's testimony at the Meeting of Creditors on July 16, 2025, Debtor, either individually or through Amana Ranch LLC, has accounts with Thread Bank.

Page 1 of 3 -  TRUSTEE'S MOTION FOR FRBP 2004 EXAM
                (THREAD BANK)

FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com

3.  The Trustee is evaluating property of the Estate and the extent of Debtor's interests in assets, including but not limited to his interest in Amana Ranch LLC and Amana Ranch LLC's assets.

4.  Thread Bank responded to a writ of garnishment issued in Amarou v. Mouktabis, Washington County Case No. 23cv20486 and turned over about $36,568 (the "**Funds**"). Debtor challenged the writ and contests that the Funds should not have been issued by Thread Bank in response to the writ. Amarou's attorney deposited the Funds in the Washington County Court's register. The Trustee asserts an interest in the Funds and in Debtor's interest in Amana Ranch LLC, and request information and documents described in Exhibit A attached hereto to further her investigation regarding the extent of the Estate's interest.

5.  In accordance with Local Bankruptcy Rule 2004-1(b)(2), on September 5, 2025, counsel for the Trustee communicated via email to counsel for Thread Bank requesting all of the documents referenced in Exhibit A. On September 9, 2025, counsel for Thread Bank replied to Trustee's Counsel agreeing to a date to produce responsive documents by as well as agreeing to the search parameters of the document requests.

WHEREFORE, the Trustee respectfully requests entry of the order in the form attached hereto, directing Thread Bank to produce the documents described on Exhibit A.

Dated: September 15, 2025

FARLEIGH WADA WITT

By: */s/ Holly C. Hayman*
Holly C. Hayman, OSB #114146
(503) 228-6044
hhayman@fwwlaw.com
Counsel for Trustee Jeanne E. Huffman

**LBR 2004-1(b)(2) Certification**: Trustee's counsel conferred in good faith with Thread Bank prior to filing this Motion, See paragraph 5 above. The parties were able to reach a mutually agreeable date.

Page 2 of 3 -   TRUSTEE'S MOTION FOR FRBP 2004 EXAM
              (THREAD BANK)

FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com

# EXHIBIT A

To the extent specified in writing by the Trustee or her counsel, the following documents (or copies thereof) shall be produced by Thread Bank on or before <u>October 17, 2025</u>, or on another date as agreed in writing with the Trustee, and the document should be delivered to <u>Holly C. Hayman</u> at the offices of counsel for the Trustee at <u>Farleigh Wada Witt, 121 SW Morrison Street, STE 600, Portland, OR 97204</u>:

1. Copies of bank statements for any and all accounts in the name of Debtor Nour Eddine Mouktabis and for Amana Ranch LLC, or any account where Debtor is an authorized signer, for the period of <u>January 1, 2023, to September 30, 2025</u>, including but not limited to:
   a. Thread Bank account ending in x1502,
   b. Thread Bank checking accounts,
   c. Thread Bank savings accounts,
   d. Thread Bank credit card accounts, and

2. Copies of any and all checks issued from any checking accounts in the name of Debtor Nour Eddine Mouktabis and for Amana Ranch LLC, for the period of <u>January 1, 2023, to September 30, 2025.</u>

3. Copies of any and all deposit information related to any account in the name of Debtor Nour Eddine Mouktabis and for Amana Ranch LLC, for the period of <u>January 1, 2023, to September 30, 2025</u>, including checks and deposit slips.

4. Copies of any and all credit applications or related documents provided by Debtor or Amana Ranch LLC to Thread Bank when the accounts with Thread Bank were opened.

5. Copies of any and all contracts or agreements between or among Thread Bank, Debtor, and Amana Ranch LLC, including but not limited profile and account information, the number and names of signors on each account, and parties with access to each account.

Case 25-31941-dwh7    Doc 24    Filed 09/15/25

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re<br><br>Nour Eddine Mouktabis,<br><br>      Debtor. | Case No. 25-31941-dwh7<br><br>ORDER GRANTING MOTION FOR FRBP 2004 EXAMINATION<br><br>(Thread Bank) |
|---|---|

  Based on the Motion for FRBP 2004 Examination of Thread Bank, it is hereby

  ORDERED, pursuant to FRBP 2004(c), that the production by Thread Bank to Jeanne E. Huffman, Trustee, of documents described in <u>Exhibit A</u> may be compelled as provided in FRBP 9016.

# # #

Pursuant to LBR 9021-(b)(1)(C)(ii), this *ex parte* order has been lodged without circulation.

**PRESENTED BY:**

FARLEIGH WADA WITT

By:/s/ *Holly C. Hayman*
  Holly Hayman, OSB #114146
  (503) 228-6044
  hhayman@fwwlaw.com
  Attorney for Trustee



FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com

Exhibit A
Page 1 of 1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 15, 2025, I electronically filed the **TRUSTEE'S EX PARTE MOTION FOR FRBP 2004 EXAMINATION to THREAD BANK** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered to receive notice via ECF.

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Malika Amarou
HWRAP 9115 SW Oleson Rd #304
Portland, OR 97223

Nour Eddine Mouktabis
10350 N Vancouver Way 1077
Portland, OR 97217

Thread Bank
c/o Chris Black CEO
210 East Main Street
Rogersville, TN 37857

Thread Bank
c/o Brianna Morrison
Miller Nash LLP
1140 SW Washington St. STE 700
Portland, OR 97205
brianna.morrison@millernash.com

Dated: September 15, 2025.

FARLEIGH WADA WITT

By: /s/ *Holly C. Hayman*
Holly C. Hayman, OSB #114146
(503) 228-6044
hhayman@fwwlaw.com
Of Attorneys for Trustee Jeanne E. Huffman

