Holly C. Hayman, OSB #114146
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044

   Attorney for Chapter 7 Trustee Jeanne E. Huffman

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 25-31941-dwh7 |
| Nour Eddine Mouktabis, | TRUSTEE'S EX PARTE MOTION FOR FRBP 2004 EXAMINATION |
| Debtor, | (JPMorgan Chase Bank, N.A. d/b/a Chase Bank) |

## MOTION

   Jeanne E. Huffman, in her capacity as trustee ("**Trustee**") for the Estate of Nour Eddine Mouktabis (the "**Debtor**") by and through her counsel, hereby moves the Court for an ex parte order directing JPMorgan Chase Bank, N.A. d/b/a Chase Bank ("**Chase Bank**") to produce the documents described in Exhibit A on or before October 17, 2025, or by another date as reasonably agreed to in writing by the Trustee.

   In support of this motion, the Trustee represent as follows

   1.  On June 8, 2025, (the "**Petition Date**") Debtor filed their voluntary bankruptcy petition under chapter 7 of Title 11 of the United States Code.  Subsequently, Jeanne E. Huffman was duly appointed as the chapter 7 trustee to administer the bankruptcy estate (the "**Estate**") of Debtor for the benefit of the Debtor's creditors.



FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com

2.      Based on Debtor's testimony at the Meeting of Creditors on July 16, 2025, Debtor, either individually or through Amana Ranch LLC, has accounts with Chase Bank.

3.      The Trustee is evaluating property of the Estate and the extent of Debtor's interests in assets, including but not limited to his interest in Amana Ranch LLC and Amana Ranch LLC's assets.

4.      The Trustee has requested documents regarding Amana Ranch LLC and financial information including documents from Chase Bank from Debtor.  Debtor has not provided the requested information.  As a result, the Trustee is requesting documents and information from Chase Bank directly.

5.      In accordance with Local Bankruptcy Rule 2004-1(b)(2), on September 10, 2025, counsel for the Trustee communicated with Chase Bank's legal department via telephone to confer over the Trustee's intent to file this Motion. The parties were unable to come to an agreement over providing these documents, which is why the Trustee brings this Motion.

WHEREFORE, the Trustee respectfully requests entry of the order in the form attached hereto, directing Chase Bank to produce the documents described on Exhibit A.

Dated: September 15, 2025

FARLEIGH WADA WITT


By:/s/ Holly C. Hayman
   Holly C. Hayman, OSB #114146
   (503) 228-6044
   hhayman@fwwlaw.com
   Counsel for Trustee Jeanne E. Huffman


**LBR 2004-1(b)(2) Certification**: Trustee's counsel conferred in good faith with Chase Bank via telephone prior to filing this Motion, See paragraph 5 above.  The parties were unable to reach a mutually agreeable date.

FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com

## <u>EXHIBIT A</u>

To the extent specified in writing by the Trustee or her counsel, the following documents (or copies thereof) shall be produced by Chase Bank on or before <u>October 17, 2025</u>, or on another date as agreed in writing with the Trustee, and the document should be delivered to <u>Holly C. Hayman</u> at the offices of counsel for the Trustee at <u>Farleigh Wada Witt, 121 SW Morrison Street, STE 600, Portland, OR 97204</u>:

1. Copies of bank statements for any and all accounts in the name of Debtor Nour Eddine Mouktabis and for Amana Ranch LLC, or any account where Debtor is an authorized signer, for the period of <u>January 1, 2021, to September 30, 2025</u>, including but not limited to:

   a. Chase Bank checking accounts,

   b. Chase Bank savings accounts,

   c. Chase Bank credit card accounts, and

2. Copies of any and all checks issued from any checking accounts in the name of Debtor Nour Eddine Mouktabis and for Amana Ranch LLC, for the period of <u>January 1, 2021, to September 30, 2025.</u>

3. Copies of any and all deposit information related to any account in the name of Debtor Nour Eddine Mouktabis and for Amana Ranch LLC, for the period of <u>January 1, 2021, to September 30, 2025</u>, including checks and deposit slips.

4. Copies of any and all credit applications or related documents provided by Debtor or Amana Ranch LLC to Chase Bank when the accounts with Chase Bank were opened.

5. Copies of any and all contracts or agreements between or among Chase Bank, Debtor, and Amana Ranch LLC, including but not limited profile and account information, the number and names of signors on each account, and parties with access to each account

FW

FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 25-31941-dwh7 |
|---|---|
| Nour Eddine Mouktabis,<br><br>          Debtor. | ORDER GRANTING MOTION FOR FRBP 2004 EXAMINATION<br><br>(JPMorgan Chase Bank, N.A. d/b/a Chase Bank) |

Based on the Motion for FRBP 2004 Examination of JPMorgan Chase Bank,

N.A. d/b/a Chase Bank ("**Chase Bank**"), it is hereby

ORDERED, pursuant to FRBP 2004(c), that the production by Chase Bank to

Jeanne E. Huffman Trustee of documents described in <u>Exhibit A</u> may be compelled as provided

in FRBP 9016.

# # #

Pursuant to LBR 9021-(b)(1)(C)(ii), this *ex parte* order has been lodged without circulation.

**PRESENTED BY:**

FARLEIGH WADA WITT
By:_____
          Holly Hayman, OSB #114146
          (503) 228-6044
          hhayman@fwwlaw.com
          Attorney for Trustee



FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 15, 2025, I electronically filed the **TRUSTEE'S EX PARTE MOTION FOR FRBP 2004 EXAMINATION to JPMORGAN CHASE BANK, N.A. d/b/a CHASE BANK** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered to receive notice via ECF.

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Malika Amarou
HWRAP 9115 SW Oleson Rd #304
Portland, OR 97223

Nour Eddine Mouktabis
10350 N Vancouver Way 1077
Portland, OR 97217

JP Morgan Chase Bank
c/o Jamie Dimon CEO
270 Park Avenue
New York, NY 10017

Dated: September 15, 2025.

FARLEIGH WADA WITT

By:/s/ *Holly C. Hayman*
    Holly C. Hayman, OSB #114146
    (503) 228-6044
    hhayman@fwwlaw.com
    Of Attorneys for Trustee Jeanne E. Huffman

FW    FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com