12/16/2025                                                                                    Judge  David W Hercher

10:00 25-31941-dwh7                    Nour Eddine Mouktabis - db          Self-represented
                                       Malika Amarou -cr                   RICHARD PARKER
                                       Daniel Duyck -cr                    XIN XU
                                       Holly Hayman -int party             NATALIE SCOTT
                                       Sandra Faber -int party             HANNAH McCAUSLAND
                                       Clackamas County Clerk -int party   ANGELA HAJIHASHEMI
                                       Baselane, Thread Bank, Brianna
                                       Morrison -int party                 BRIANNA MORRISON
                                       Jeanne E Huffman -tr                HOLLY HAYMAN

**Matter: Trustee's Motion for Debtor to Turn Over Property. Filed by Trustee Jeanne E Huffman (HAYMAN, HOLLY) Doc# 34**
**Matter: Motion For Contempt as to Clackamas County Clerk, Malika Amarou, Sandra M. Faber, Daniel L. Duyck, Baselane, Thread Bank, Holly C. Hayman, Jeanne E. Huffman, Brianna J. Morrison, Ricardo J. Menchaca Filed by Debtor Nour Eddine Mouktabis via Public Document Upload (jd) Doc# 37**
**Matter: Motion to Extend Time File Response Filed by Creditor Malika Amarou  (PARKER, RICHARD) Doc# 57**
**Matter: Motion to Extend Time Filed by Creditor Daniel L. Duyck  (XU, XIN) Doc# 42**
**Matter: Motion to Extend Time to File Response to Debtors Motion for Sanctions Filed by Attorney Holly C. Hayman  (SCOTT, NATALIE) Doc# 39**
**Matter: Motion to Extend Time for Trustees Response Filed by Trustee Jeanne E Huffman  (HAYMAN, HOLLY) Doc# 40**
**Matter: Motion to Extend Time Respond to Motion for Sanctions Filed by Interested Party Sandra M. Faber (McCAUSLAND, HANNAH) Doc# 43**
**Matter: Motion to Extend Time to Respond to Debtors Motion for Sanctions Filed by Interested Party Clackamas County Clerk  (HAJIHASHEMI, ANGELA) Doc# 46**

Summary of Proceedings

For the reasons stated on the record, court will grant all motions to respond to motion for contempt, extending the response deadline for all respondents to 1/9/2026.

Status hearing on contempt motion [ECF No. 37] will be heard **1/13/2026 at 10 am by telephone**. Parties to call (855) 244-8681, Enter Meeting ID 2319 199 8338#.

Arguments heard on the trustee's turnover motion [ECF No. 34]. Court will order turnover of proof of social security number by 12/23/2025; Ms. Hayman will lodge order. Any motion by the trustee to compel Mr. Moutktabis's testimony at the meeting of creditors notwthstanding any invocation by Mr. Mouktabis of the privilege against self-incrimination is due by 1/5/2026, Mr. Mouktabis's response to any  motion to compel and any brief by him in support of his invocation of the privilege against self-incrimination as a defense to turnover of documents (including any responses to the arguments Ms. Hayman raised at today's hearing) is due by 1/19/2026, and the trustee's reply in support of both the turnover motion and the motion to compel is due by 2/2/2026.

Further hearing on turnover motion and any motion to compel will be heard **2/9/2026 at 10 am by telephone**. Parties to call (855) 244-8681, Enter Meeting ID 2319 199 8338#.

Mr. Mouktabis has no objection to trustee's motion to extend time for the trustee and any creditor to object to dischargeability of any debt under 11 U.S.C. § 523 or to debtor's discharge under § 727. Ms. Hayman will lodge order.

Order to be prepared by: _____ Clerk's Office _____ Chambers   Other:

Minute Order:

Court GRANTS all motions to extend time to respond to contempt motion [ECF Nos. 39, 40, 42, 43, 46, 57], extending the response deadline for all respondents to 1/9/2026.

David W. Hercher
U.S. Bankruptcy Judge