2/9/2026                                                                                          Judge  David W Hercher

| | | |
|---|---|---|
| 11:00 25-31941-dwh7 | Nour Eddine Mouktabis - db | Self-represented |
| | Malika Amarou -cr | RICHARD PARKER |
| | Daniel Duyck -cr | XIN XU |
| | Holly Hayman -int party | NATALIE SCOTT |
| | Sandra Faber -int party | JOSEPH PICKELS |
| | Clackamas County Clerk -int party | ANGELA HAJIHASHEMI |
| | Baselane, Thread Bank, Brianna Morrison -int party | JARED AHERN, BRIANNA MORRISON, GARRETT LEDGERWOOD |
| | State of Oregon, Ricardo Menchaca - int party | CARLA MCCLURG |
| | Oregon Liability Fund -int party | JULIA MANELA |
| | Jeanne E Huffman -tr | HOLLY HAYMAN |

**Matter: Motion For Contempt as to Clackamas County Clerk, Malika Amarou, Sandra M. Faber, Daniel L. Duyck, Baselane, Thread Bank, Holly C. Hayman, Jeanne E. Huffman, Brianna J. Morrison, Ricardo J. Menchaca Filed by Debtor Nour Eddine Mouktabis via Public Document Upload (jd) Doc# 37**

Summary of Proceedings

Argument heard.

Mr. Mouktabis requests dismissal of the motion as against respondent Clackamas County Clerk, without leave to amend. Court grants that request.

Matter, as to remaining respondents, taken under advisement. Further hearing set 2/19/2026 at 9 am by telephone. If no written ruling has issued, oral ruling will be given at that time.

Order to be prepared by:         _____   Clerk's Office        _____   Chambers        Other:

Minute Order:

The court DISMISSES, without leave to amend, the motion for contempt [ECF No. 37] only as against respondent Clackamas County Clerk.

*David W. Hercher*

David W. Hercher
U.S. Bankruptcy Judge